**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
P.O. Box 1805
Pittsburgh, PA 15230
www.pawd.uscourts.gov

**ROBERT V. BARTH, JR.**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: May 7, 2012

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

      **RE: AMERICAN BEVERAGE CORPORATION vs. DIAGEO NORTH AMERICA, INC.**
      Case Number:   **2:12–CV–00601–JFC**

Dear Commissioner:

   In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

          Sincerely,

          ROBERT V. BARTH, JR.
          CLERK OF COURT

   By: **/s/ ept**
          Deputy Clerk

Enclosures